**Entered on Docket**
**March 29, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-8
10-70540 / 1205314209

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-20090-mkn |
| Vernon D. Vance and Denise G. Vance | MS Motion No. 35<br>Date: March 17, 2010<br>Time: 1:30<br><br>Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

4 Monthly Payments at $3,065.09                    $12,260.36

|  |  |
|---|---|
| (December 1, 2009 - March 1, 2010) | |
| 4 Late Charges at $134.54 | $538.16 |
| (December 1, 2009 - March 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $13,698.52 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $2,283.09 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the April 20, 2010 payment and continuing throughout and concluding on or before August 20, 2010. The sixth final payment in the amount of $2,283.07 shall be paid on or before September 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1016 Wingham Court, Henderson, NV 89052, and legally described as follows:

LOT FIFTY THREE (53) IN BLOCK E OF MARYLAND/EASTERN SOUTH NO.2 - BY LEWIS HOMES, AS SHOWN BY MAP THEREOF ON FILE IN BOOK AS OF PLATS, PAGE 6, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIACATE OF AMENDMENT RECORDED AUGUST 31, 1998 IN BOOK 980831 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA, AS DOCUMENT NO. 02296

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

1  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

2  State Law, and take any action necessary to obtain complete possession thereof.

3  Submitted by:

4  WILDE & ASSOCIATES

6  By  /S/GREGORY L. WILDE

7  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
8  212 South Jones Boulevard
   Las Vegas, Nevada 89107

10 APPROVED AS TO FORM & CONTENT:

11 Rick A. Yarnall                          Narrah F. Newark

12 By /s/ 3-12-10                           By /s/

13 Rick A. Yarnall                          Narrah F. Newark
   Chapter 13 Trustee                      Attorney for Debtors
14 701 Bridger Avenue #820                 201 LAS VEGAS BLVD., S., #350
15 Las Vegas, NV 89101                     Las Vegas, NV 89101

                                           Nevada Bar No._____