

Entered on Docket
June 23, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-8
10-70540 / 1205314209

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-20090-mkn |
| Vernon D. Vance and Denise G. Vance | Motion no. 35<br>Order No. 44 |
| | Chapter 13 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on June 2, 2010, and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-8 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1016 Wingham Court , Henderson NV and legally described as follows:

> LOT FIFTY THREE (53) IN BLOCK E OF MARYLAND/EASTERN SOUTH NO.2 - BY LEWIS HOMES, AS SHOWN BY MAP THEREOF ON FILE IN BOOK AS OF PLATS, PAGE 6, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIACATE OF AMENDMENT RECORDED AUGUST 31, 1998 IN BOOK 980831 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA, AS DOCUMENT NO. 02296

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

/s/ GREGORY L. WILDE
By_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107